UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES CLAUDE WILLIAMS, | |
| Plaintiff, | CASE NO. C13-5061 RJB-JRC |
| v. | ORDER DENYING PLAINTIFF'S MOTIONS TO AMEND THE COMPLAINT |
| STATE OF WASHINGTON, | |
| Defendant. | |

The District Court has referred this 42 U.S.C. § 1983 civil rights action to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

Plaintiff has filed two motions for leave to amend the complaint (ECF No. 11 and 12). The motions are denied. Plaintiff seeks to add exhibits to his complaint as supplements and not to file a new complaint that adds claims or new parties to the action. The exhibits consist of state tort claims, responses, and medical records. They have not been submitted as a new or different complaint. The complaint has been served and the motion to amend in this manner is denied.

Dated this 19th day of March, 2013.

J. Richard Creatura
United States Magistrate Judge